504

433 A.2d 117

Commonwealth v. Riley, Jr., Appellant.

Submitted March 12, 1979. Daniel M. Pell, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

433 A.2d 117

Commonwealth v. Riley, Sr., Appellant.

Submitted March 12, 1979. Daniel M. Pell, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Orders affirmed.